

FILED

01/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0021



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0021



FILED

JAN 0 8 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

CLIFFORD OLD-HORN,

        Petitioner,

    v.

DON BELL, Sheriff,
Lake County Detention Center,

        Respondent.

**GRANT OF MOTION TO PROCEED WITHOUT PAYMENT OF FILING FEE**

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: January 8, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court